■ The People of the State of New York, Respondent, v Wayne Washington, Appellant. [993 NYS2d 917]—

Appeal by the defendant from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed June 25, 2012, upon his conviction of robbery in the first degree (four counts), robbery in the second degree (two counts), burglary in the first degree, criminal possession of stolen property in the fifth degree, and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, the resentence being a period of postrelease supervision in addition to the determinate term of imprisonment previously imposed.

Ordered that the resentence is affirmed.

Since the defendant was still serving his original sentence when the resentence was imposed, the resentence to a term including the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621, 630-633 [2011]; *People v Kearney*, 116 AD3d 1064 [2014]; *People v Flowers*, 116 AD3d 710 [2014]). Rivera, J.P., Hall, Austin, Miller and Maltese, JJ., concur.